ORDERED.

**Dated:  September 04, 2019**

Roberta A. Colton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                              Case No:  8:19-bk-03059-RCT

Karin D. Case                            Chapter 7

_____DEBTOR_____/

ORDER APPROVING APPLICATION FOR COMPENSATION
FOR REALTOR AND SHORT SALE NEGOTIATOR

This matter came before the Court, upon the Chapter 7 Trustee's Application for Compensation for Realtor (Application, Doc. No. 21) wherein the Trustee requests that the Court award fees to Real Estate Professionals, BK Global Real Estate Services and Greg Armstrong of Coldwell Banker F.I. Grey Residential, Inc.  ("Listing Agent") in the amount of: $10,950.00 or 6% of the base sale price from the proposed sale of the property located at 615 6th Ave N Safety Harbor, FL 34695.  The Application was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service; no party filed a response within the time permitted; and the Court therefore considers the Application unopposed.  Accordingly, it is:

**ORDERED**

The Application is approved and the Trustee is authorized to

1. Pay to Listing Agent fees in the total amount of up to $10,950.00, or 6% of the gross sale price from the proposed sale of the property located at 615 6th Ave N Safety Harbor, FL 34695.

2. Any sharing of the fees by Listing Agent with a co-operating agent does not violate this Order.

3.   Such fees to be paid at closing without further Order from the Court.

Attorney, Richard M. Dauval, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.