**UNITED STATE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: Karin D. Case                                    Case No. 8:19-bk-03059-RCT
                                                        Chapter 7


 **Debtor(s)**                                         /


**PROOF OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the attached *Order Approving Application for Compensation for Realtor and Short Sale Negotiator* was sent via mail and/or electronic mail on the 6th day of September, 2019 to: Updated Mailing Matrix (See Attached)


/s/ *Richard M. Dauval, Esq.*
**Richard M. Dauval, Esq., FBN 664081**
Leaven Law
3900 First Street North, Suite 100
St. Petersburg, FL 33703

ORDERED.

Dated:  September 04, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Karin D. Case

Case No:  8:19-bk-03059-RCT
Chapter 7

_____DEBTOR_____/

ORDER APPROVING APPLICATION FOR COMPENSATION
FOR REALTOR AND SHORT SALE NEGOTIATOR

This matter came before the Court, upon the Chapter 7 Trustee's Application for Compensation for Realtor (Application, Doc. No. 21) wherein the Trustee requests that the Court award fees to Real Estate Professionals, BK Global Real Estate Services and Greg Armstrong of Coldwell Banker F.I. Grey Residential, Inc.  ("Listing Agent") in the amount of: $10,950.00 or 6% of the base sale price from the proposed sale of the property located at 615 6th Ave N Safety Harbor, FL 34695.  The Application was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service; no party filed a response within the time permitted; and the Court therefore considers the Application unopposed.  Accordingly, it is:

**ORDERED**

The Application is approved and the Trustee is authorized to

1. Pay to Listing Agent fees in the total amount of up to $10,950.00, or 6% of the gross sale price from the proposed sale of the property located at 615 6th Ave N Safety Harbor, FL 34695.

2. Any sharing of the fees by Listing Agent with a co-operating agent does not violate this Order.

    3. Such fees to be paid at closing without further Order from the Court.

Attorney, Richard M. Dauval, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-bk-03059-RCT<br>Middle District of Florida<br>Tampa<br>Fri Sep  6 11:11:35 EDT 2019 | BK Global Real Estate Services<br>1095 Broken Sound Parkway<br>Suite 200<br>Boca Raton, FL 33487-3503 | Karin D. Case<br>2522 Ochatilla Road<br>Holiday, FL 34691-3124 |
| City of Safety Harbor<br>750 Main Street<br>Safety Harbor, FL 34695-3553 | Coldwell Banker FI GRey Res, Inc<br>c/o Greg Armstrong<br>6330 US Highway 19<br>New Port Richey, FL 34652-2232 | GTE Financial<br>PO BOX 172599<br>TAMPA, FL 33672-0599 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue Suite 100<br>Boca Raton, FL 33487-2853 | City of Safety Harbor<br>c/o Isabella E. Sobel<br>One Tampa City Center, Suite 2700<br>Tampa, FL 33602 | Fair Square Financial LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| GTE Financial<br>Attn: Bankruptcy<br>Po Box 172599<br>Tampa, FL 33672-0599 | Helvey<br>1015 E. Center St<br>Warsaw, IN 46580-3420 | Hertz<br>PO Box 121154<br>Dallas, TX 75312-1154 |
| Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Ollo<br>Attn: Bankruptcy<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 | Quest Diagnostics<br>PO Box 7306<br>Hollister, MO 65673-7306 |
| Suburban Propane<br>PO Box 260<br>Whippany, NJ 07981-0260 | Syncb/clockwrks Royal<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Usaa Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 |
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Howard Iken +<br>Ayo and Iken<br>703 W. Bay Street<br>Tampa, FL 33606-2705 | Richard M Dauval +<br>P.O. Box 13607<br>St. Petersburg, FL 33733-3607 |
| Nikki C Day +<br>Bryant Miller Olive<br>201 N. Franklin Street, Suite 2700<br>Tampa, FL 33602-5816 | Christopher P Salamone +<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Isabella Sobel +<br>Bryant Miller Olive PA<br>One Tampa City Center<br>201 North Franklin Street, Suite 2700<br>Tampa, FL 33602-5816 |
| Nathalie C Rodriguez +<br>Robertson Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BK Global Real Estate Services

(d)City of Safety Harbor
750 Main St
Safety Harbor, FL 34695-3553

(d)GTE FINANCIAL
PO BOX 172599
TAMPA, FL 33672-0599


End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30